# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 3, 2015

147924-9(99)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CITY OF RIVERVIEW and ALL OTHERS
SIMILARLY SITUATED,
          Plaintiffs-Appellants,

and

CITY OF RIVER ROUGE,
          Intervening Plaintiff-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Defendant-Appellee.

SC: 147924; 147927
COA: 301549; 302903
Ingham CC: 09-000712-CZ

_____/

CITY OF NOVI, VILLAGE OF BEVERLY
HILLS, CITY OF FARMINGTON HILLS,
CITY OF AUBURN HILLS, VILLAGE OF
BINGHAM FARMS, CITY OF ORCHARD
LAKE VILLAGE, and CITY OF WALLED
LAKE,
          Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
          Defendant-Appellee.

SC: 147925; 147928
COA: 301551; 302904
Ingham CC: 09-001569-CZ

_____/

DAVID ANGILERI, BUTLER BENTON,
KENNETH BUTLER II, TOWNSHIP OF
BROWNSTOWN, CITY OF DEARBORN,
CITY OF DEARBORN HEIGHTS, CITY
OF GIBRALTAR, TOWNSHIP OF HURON,

TOWNSHIP OF SUMPTER, CITY OF TAYLOR, CITY OF TRENTON, TOWNSHIP OF VAN BUREN, ROBERT CANNON, ROBERT CHIRKUN, CHARTER TOWNSHIP OF CLINTON, LOUIS KISIC, ALAN LAMBERT, CITY OF LINCOLN PARK, CITY OF MADISON HEIGHTS, CITY OF NEW BALTIMORE, CITY OF NORTHVILLE, OAKLAND COUNTY, CITY OF PLYMOUTH, CHARTER TOWNSHIP OF REDFORD, CITY OF ROCHESTER, CITY OF ROMULUS, CITY OF ROSEVILLE, LISA SANTO, PHILIP SANZICA, PAUL SINCOCK, CITY OF SOUTHGATE, PATRICK SULLIVAN and WAYNE COUNTY,

   Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL QUALITY,

   Defendant-Appellee.

SC: 147926; 147929
COA: 301552; 302905
Ingham CC: 10-000039-CZ

_____/

   On order of the Court, the motion for reconsideration of this Court's September 17, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 3, 2015



             Clerk

p0126